**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6404**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RUSSELL G. ROGERS,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:03-cr-00609-CMH-1)

Submitted:  January 12, 2010          Decided:  February 12, 2010

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

Remanded by unpublished per curiam opinion.

Russell G. Rogers, Appellant Pro Se. Dana James Boente, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Russell G. Rogers appeals the district court's order of June 16, 2008, granting his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006) and reducing his sentence by one month. On February 27, 2009, Rogers filed a document in the district court that was construed and docketed as a notice of appeal of this order. In response to our order to address the issue of timeliness, the Government has disclosed that its files contain a Notice of Appeal received by the U.S. Attorney's Office on June 25, 2008, with an attached certificate of service indicating that it was mailed to the relevant district court on June 22, 2008.

Because it appears that Rogers may have filed a timely notice of appeal, we remand this matter to the district court so that it may determine whether any such notice was in fact timely filed. The record, as supplemented, will then be returned to this court for further consideration.

REMANDED

2